# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of July, two thousand twenty-six.

---

Uber Technologies, Inc., Uber USA, LLC,

Plaintiffs - Appellees,

v.

City of New York,

Defendant - Appellant.

**ORDER**

Docket No. 26-2079

---

Lyft, Inc.,

Plaintiff - Appellee,

v.

City of New York,

Defendant - Appellant.

Docket No. 26-2082

---

IT IS HEREBY ORDERED that the above-captioned appeals shall be heard in tandem.

For the Court**:**
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS