# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Uber Technologies, Inc. v. City of New York ____ Docket No.: 26-2079 _______

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**


Name: Nicole Salk

Firm: Brooklyn Legal Services, Legal Services NYC

Address: 105 Court Street 4th Floor, Brooklyn, NY 11201

Telephone: 718-237-5544 ________________________ Fax: 718-237-5544

E-mail: Nsalk@lsnyc.org


**Appearance for:** Proposed Amici Curiae Legal Services NYC, The Legal Aid Society, et. al.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: ________________________________ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _______ )
(name/firm)

☐ Additional counsel (co-counsel with: ________________________________ )
(name/firm)

☑ Amicus (in support of: City of New York /Defendant-Appellant )
(party/designation)

---

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on ________________________________ OR

☐ I applied for admission on ________________________________.

Signature of Counsel: Nicole Salk

Type or Print Name: Nicole Salk