# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of September, two thousand twenty-six.

---

Uber Technologies, Inc., Uber USA, LLC,

Plaintiffs - Appellees,

v.

City of New York,

Defendant - Appellant.

**ORDER**

Docket No. 26-2079

---

Professors of constitutional law, labor law, contract law, and legal history move for leave to file an amici curiae brief in support of Appellant. All parties consent to this motion.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

SECOND CIRCUIT
UNITED STATES COURT OF APPEALS